United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-1248 |
| | § | |
| THE MORGAN GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 20TH day of June 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE